RECEIPT # 53686
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 2-10-04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARJORIE HERSEY,

　　　　Plaintiff,

v.                                             Civil Action No.

GEORGE ZIMMER AND
THE MEN'S WEARHOUSE, INC.,

　　　　Defendants.

04 10274 MEL

**NOTICE OF REMOVAL**　　　　MAGISTRATE JUDGE _____

George Zimmer and The Men's Wearhouse, Inc., Defendants named in the above-styled action, hereby file their Notice of Removal which shall effect a removal of this action to the United States District Court for the District of Massachusetts:

1.　　On or about November 3, 2003, a civil action was filed in the Superior Court of Massachusetts, County of Suffolk, entitled <u>Marjorie Hersey v. George Zimmer and The Men's Wearhouse, Inc.</u>, Civil Docket No. 03-5227-E. On or about January 21, 2004, Defendants were served with a summons and complaint in the aforementioned action. Copies of the Summons, Complaint, and Civil Action cover sheet are being filed herewith as Exhibit A.

2.　　The above-captioned action is one within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as Plaintiff has asserted claims under Title VII of the Civil Rights Act of 1964 (Complaint ¶¶23-31), and also pursuant to 28 U.S.C. § 1332, in that complete diversity exists between Plaintiff and the Defendants.

B507536v1

-2-

3. Defendant George Zimmer was, at the time this action was commenced, and still is a citizen and resident of the State of California, and was not and is not a citizen of the Commonwealth of Massachusetts wherein this action was brought.

4. Defendant The Men's Wearhouse, Inc. was, at the time this action was commenced, and still is a Texas Corporation, with its principal place of business in the State of Texas, and was not and is not a citizen of the Commonwealth of Massachusetts wherein this action was brought.

5. Plaintiff Marjorie Hersey was, at the time this action was commenced, and still is, a citizen and resident of the Commonwealth of Massachusetts (Complaint, ¶1), and was not and is not a citizen of the State of Texas or the State of California.

6. In the civil action cover sheet, Plaintiff claims over $75,000 in damages. Accordingly, the amount in controversy in this action, exclusive of interest and costs, exceeds the sum or value of seventy-five thousand dollars ($75,000).

7. This is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is a civil action between citizens of different states wherein the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs.

8. This action is removable to this Court by Defendants pursuant to 28 U.S.C. §§ 1441(a) and 1446(b) because this Court has original jurisdiction over it, this Notice of Removal is filed within 30 days of service of the complaint upon Defendants, and the Commonwealth Court in which this action is commenced is within this Court's district and division.

9. A Notice to State Court of Removal, along with a copy of this Notice, will be filed with the Superior Court of Suffolk County, Massachusetts, and a copy of that Notice to State Court is attached to this Notice as Exhibit B. Said Notice to State Court and a copy of this Notice will also be served upon Plaintiff.

10. Defendants will file with the Court attested copies of all records, proceedings and docket entries in the state court within thirty (30) days, pursuant to Local Rule 81.1.

WHEREFORE, Defendants respectfully remove the aforesaid action to the United States District Court for the District of Massachusetts, in accordance with 28 U.S.C. § 1441, *et seq.*

> Respectfully submitted,
>
> GEORGE ZIMMER AND
> THE MEN'S WEARHOUSE, INC.
>
> By their attorneys,
>
> *Sandra E. Kahn*
> Robert M. Shea, BBO # 556356
> Sandra E. Kahn, BBO # 564510
> MORSE, BARNES-BROWN & PENDLETON, P.C.
> Reservoir Place
> 1601 Trapelo Road
> Waltham, MA 02451
> (781) 622-5930
> (781) 622-5933 (facsimile)

Dated: February 10, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served to all attorneys of record by first class mail this 10th day of February, 2004

> *Sandra E. Kahn*
> Sandra E. Kahn