UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HERSEY,<br><br>          Plaintiff,<br><br>v.<br><br>GEORGE ZIMMER and<br>THE MEN'S WEARHOUSE, INC.,<br><br>          Defendants. | Civil Action No. 04-10274 MEL |

### DEFENDANTS' CORPORATE DISCLOSURE

Now come the Defendants, by and through their counsel, and hereby submit the following disclosure of corporate affiliations pursuant to Local Rule 7.3:

Defendant The Men's Wearhouse, Inc., is a publicly held company incorporated under the laws of the state of Texas.

GEORGE ZIMMER and
THE MEN'S WEARHOUSE, INC.

By their attorneys,

*/s/ Sandra E. Kahn*
Robert M. Shea, BBO # 556356
Sandra E. Kahn, BBO # 564510
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Dated: February 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on February 17, 2004.

*Sandra E. Kahn*
Sandra E. Kahn