UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | NO. 04-CR-10059-MEL |
| ) | |
| GEORGE A. GRACIE                        ) | |
| ) | |
| Defendant.                                       ) | |

### ASSENTED TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

March 19, 2004 through April 16, 2004.

Pursuant to Local Rule 112.2(A)(2), this period is excludable under 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

Jack W. Pirozzolo
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: April 12, 2004

### CERTIFICATE OF CONFERENCE

I, Jack W. Pirozzolo, hereby certify that on April 12, 2004, I conferred with Miriam Conrad, counsel for defendant George Gracie, who stated that she assents to the motion.

Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on April 12, 2004, I served a copy of the foregoing motion by mail on counsel for the defendant.

_____
Jack W. Pirozzolo